FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 18 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**EDDIE VAUGHN, JERRY MODLIN, DETWION WALLACE, RONNIE ALEXANDER, KEITH LEWIS, ANTHONY STEWART, DEREK SMITH, EVERETT SCOTT DEAN, BRADLEY ROBBINS, DALE HAMBLEN, CORDERO HOLLOWELL, CHRISTOPHER THOMAS, JERMAINE OUSLEY, GARY WILSON, CAMERON STANTON, JANICE ALEXANDER, DERRICK LEWIS, RYAN ALEXANDER, DYLAN AUSTIN, GREGORY GINGERICH, GUILLERMO ESQUIVEL GARCIA, MIKE SISNEY, GARY STEVENS, LORENZO BRISCOE, JORDAN L. DAVIE, VERNELL BRANSCOMB, CEDRIC KNIGHT, JERMAINE NUNN, DEANGELO ARMOUR, RICHARD FOSTER, RYAN MILLER, DANIEL COFFMAN, JESSE CHRISTIAN, TRAVIS BAREFIELD, JOHN HAMPTON, KENDRA WHITE, CORDERO CARWELL, TERRY PIKER, DARRYL R. TAYLOR, MICHELLE DANIELS, MICHAEL CHASE ZOWADA, SHANE SIMMONS, JESSE HEDGE, DANIEL UNDERWOOD, DWIGHT SPRINGER, FAVUS ROSS, JOHN BROWN, and JOE RICHARD HORSTMANN,** *Individually, and on behalf of themselves and all others similarly situated,*

Plaintiffs,

v.

Case No: 3:26-cv-00029-BSM

**FLOWERS FOODS, INC.** and **FLOWERS BAKING CO. OF BATESVILLE, LLC,**

Defendants.

FLSA Opt-In Collective Action
Rule 23 Class Action
**JURY DEMANDED**

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

---

Comes now the Plaintiffs, by and through their attorneys, and respectfully move this Court for leave to file their proposed First Amended Complaint to add newly discovered facts

and Named Plaintiffs to this action pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Defendants will not be prejudiced by such amendment since only limited discovery has taken place and Defendants have constructive knowledge of the existence of such additional facts and Named Plaintiffs through their operational practices. Plaintiff has discovered new information indicating that additional workers have been subjected to Defendants' FLSA violations, as well as new information regarding Defendants' breach of Plaintiffs' Distributor Agreements.

Therefore, for the reasons stated herein, Plaintiffs respectfully request that this Honorable Court grant their Motion for Leave to File First Amended Complaint to add newly discovered facts and Named Plaintiffs as to this matter.

Dated: June 17, 2026.

Respectfully Submitted,

Gordon E. Jackson (TN BPR #8323)
J. Russ Bryant (TN BPR #33830)
J. Joseph Leatherwood IV (TN BPR #39490)
**JACKSON, SHIELDS, HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*jleatherwood@jsyc.com*

***ATTORNEYS FOR PLAINTIFFS AND FOR OTHERS SIMILARLY SITUATED***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed via FedEx delivery on June 17, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system and e-mail to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

J. Russ Bryant